UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
August 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                      )<br>                   Plaintiff,           )<br>v.                                                 )<br>                                                      )<br>SHERLYNN CHARLES,                 )<br>                                                      )<br>                   Defendant.         )<br>_____ ) | CASE NUMBER: 2:14-mj-00176-EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sherlynn Charles</u>; Case <u>2:14-mj-00176-EFB</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; cosigned by Manuel and Michael Charles

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions; Defendant to be released on 8/27/2014 at 9:00 AM to the custody of Pretrial Services to attend The Effort Residential Treatment Program</u>

Issued at <u>Sacramento, CA</u> on <u>8/26/2014</u> at 2:40 pm

By _____
Kendall J. Newman
United States Magistrate Judge